(Rev. 11/2012)

**FILED - GR**

October 4, 2022 11:33 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB  SCANNED BY: KB /10/4

**MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT S**
**PERSON IN FEDERAL CUSTODY**

| United States District Court | District Western Michigan |
|---|---|
| Name (under which you were convicted): George Robert-Lee Pompura | Docket or Case No.: 1:18-CR-224 |
| Place of Confinement: USP Hazelton, WV | Prisoner No.: 22348-040 |

| UNITED STATES OF AMERICA | Movant (include name under which convicted) |
|---|---|
| v. George Robert-Lee Pompura | |

**MOTION**

**1:22-cv-912**
Robert J. Jonker
U.S. District Judge

1.  (a) Name and location of court that entered the judgment of conviction you are challenging: _____

United States District Court, Western District of Michigan
Grand Rapids michigan

(b) Criminal docket or case number: 1:18-CR-224

2.  (a) Date of the judgment of conviction: August 23rd 2019

(b) Date of sentencing: August 23rd 2019

3.  Identify all counts and crimes for which you were convicted and sentenced in this case: _____

18 U.S.C. § 922(g)(1), 924(e)
Felon in Possession of Firearms and Ammunition

4.  Length of sentence for each count or crime for which you were convicted in this case: _____

168 months "ACCA"
3 years Supervised Release

5.  (a) What was your plea?
Not guilty ☐
Guilty ☒
Nolo contendere (no contest) ☐

(b) If you entered a guilty plea to one count or charge, and a not guilty plea to another count or charge, give details:

_____

_____

_____

6.  If you went to trial, what kind of trial did you have? (Check one)
    (a)  Jury  ☐
    (b)  Judge only ☐

7.  Did you testify at the trial?  Yes ☐  No ☐

8.  Did you appeal from the judgment of conviction?  Yes ☐  No ☒

9.  If you did appeal, answer the following:

    (a)  Date you filed: _____

    (b)  Name of court: _____

    (c)  Docket or case number: _____

    (d)  Result: _____

    (e)  Date of result: _____

    (f) Grounds raised: _____

    _____

    _____

    _____

    _____

    (g) Did you file a petition for certiorari in the United States Supreme Court? Yes ☐  No ☒

    If "Yes," answer the following:

        (1)  Date you filed: _____

        (2)  Docket or case number: _____

        (3)  Result: _____

        (4)  Date of result: _____

        (5) Grounds raised: _____

        _____

        _____

        _____

        _____

10.  Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

11.  If your answer to Question 10 was "Yes," give the following information:  Yes ☐  No ☒

(a)  (1)  Date you filed: _____

(2)  Name of court: _____

(3)  Docket or case number (if you know): _____

(4)  Date of filing (if you know): _____

(5)  Nature of the proceeding: _____

(6)  Grounds raised: _____

_____

_____

_____

_____

_____

_____

(7) Did you receive a hearing where evidence was given on your  motion, petition, or application? Yes □  No ☒

(8) Result: _____

(9) Date of result: _____

(b)    If you filed any second motion, petition, or application, give the same information:

(1)  Date you filed: _____

(2)  Name of court: _____

(3)  Docket or case number (if you know): _____

(4)  Date of filing (if you know): _____

(5)  Nature of the proceeding: _____

(6)  Grounds raised: _____

_____

_____

_____

(7) Did you receive a hearing where evidence was given on your  motion, petition, or application? Yes □  No ☒

(8) Result: _____

(9) Date of result : _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

    (1) First petition:  Yes ☐  No ☒

    (2) Second petition:  Yes ☐  No ☒

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

At the time I did not have any issues.

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds.  State the <u>facts</u> supporting each ground.

**GROUND ONE**: A Recently changed statute regarding "ACCA", Wooden v. United States, 142 S. Ct. 1063 (2022)

(a) Supporting FACTS (Do not argue or cite law.  Just state the specific facts that support your claim.): _____

On 05/04/2000 I was convicted of two counts of 1st Degree Home Invasion Case # 9908826FH in the Kent County Circuit Court, 17th Circuit. These happened on the same night and were pretty much neighbors.

(b) **Direct Appeal of Ground One**:

    (1) If you appealed from the judgment of conviction, did you raise this issue?  Yes ☐  No ☒
    (2) If you did not raise this issue in your direct appeal, explain why: _____

This ruling just happened in (2022.)

(c) **Post-Conviction Proceedings**:

    (1) Did you raise this issue in any post-conviction motion, petition or application?  Yes ☐  No ☒

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition: _____

    Date motion was filed: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number: _____

Result (attach a copy of the court's opinion and order, if available): _____

_____

Date of result: _____

(3)  Did you receive a hearing on your motion?  Yes ☐  No ☐

(4)  Did you appeal from the denial of your motion, petition or application?  Yes ☐  No ☐

(5)  If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?  Yes ☐  No ☐

If yes, answer the following:

Date you filed: _____

Name of court where the appeal was filed : _____

Docket or case number: _____

Result (attach a copy of the court's opinion and order, if available) : _____

_____

Date of result: _____

**GROUND TWO**: _____

_____

(a) Supporting FACTS (Do not argue or cite law.  Just state the specific facts that support your claim.): _____

_____

_____

_____

_____

_____

_____

_____

(b)  **Direct Appeal of Ground Two**:

(1)  If you appealed from the judgment of conviction, did you raise this issue?  Yes ☐  No ☐

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____ _____

_____

(c) **Post-Conviction Proceedings**:

(1) Did you raise this issue in any post-conviction motion, petition or application? Yes ☐ No ☐

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Date motion was filed: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number: _____

Result (attach a copy of the court's opinion and order, if available): _____

_____

Date of result: _____

(3) Did you receive a hearing on your motion? Yes ☐ No ☐

(4) Did you appeal from the denial of your motion, petition or application? Yes ☐ No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal? Yes ☐ No ☐

If yes, answer the following:

Date you filed: _____

Name of court where the appeal was filed : _____

Docket or case number: _____

Result (attach a copy of the court's opinion and order, if available) : _____

_____ _____

Date of result: _____

**GROUND THREE**: _____

_____

(a) Supporting FACTS (Do not argue or cite law.  Just state the specific facts that support your claim.): _____

_____

_____

_____

_____

_____

_____

(b)  **Direct Appeal of Ground Three**:

   (1)  If you appealed from the judgment of conviction, did you raise this issue?  Yes ☐  No ☐

   (2)  If you did not raise this issue in your direct appeal, explain why: _____

   _____

   _____

(c)  **Post-Conviction Proceedings**:

   (1)  Did you raise this issue in any post-conviction motion, petition or application?  Yes ☐  No ☐

   (2)  If your answer to Question (c)(1) is "Yes," state:

   Type of motion or petition: _____

   Date motion was filed: _____

   Name and location of the court where the motion or petition was filed: _____

   _____

   Docket or case number: _____

   Result (attach a copy of the court's opinion and order, if available): _____

   _____

   Date of result: _____

   (3)  Did you receive a hearing on your motion?  Yes ☐  No ☐

   (4)  Did you appeal from the denial of your motion, petition or application?  Yes ☐  No ☐

   (5)  If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?  Yes ☐  No ☐

   If yes, answer the following:

   Date you filed: _____

   Name of court where the appeal was filed : _____

   Docket or case number: _____

Result (attach a copy of the court's opinion and order, if available) : _____

_____

Date of result: _____

**GROUND FOUR**: _____

_____

(a) Supporting FACTS (Do not argue or cite law.  Just state the specific facts that support your claim.): _____

_____

_____

_____

_____

_____

_____

(b) **Direct Appeal of Ground One**:

   (1)  If you appealed from the judgment of conviction, did you raise this issue?  Yes ☐  No ☐

   (2)  If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(c) **Post-Conviction Proceedings**:

   (1)  Did you raise this issue in any post-conviction motion, petition or application?  Yes ☐  No ☐

   (2)  If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Date motion was filed: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number: _____

Result (attach a copy of the court's opinion and order, if available): _____

_____

Date of result: _____

(3)  Did you receive a hearing on your motion?  Yes ☐  No ☐

(4)  Did you appeal from the denial of your motion, petition or application?  Yes ☐  No ☐

(5)  If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?  Yes ☐  No ☐

If yes, answer the following:

Date you filed: _____

Name of court where the appeal was filed : _____

Docket or case number: _____

Result (attach a copy of the court's opinion and order, if available) : _____

_____

Date of result: _____

13.  Is there any ground in this motion that you have not previously presented in some federal court?  If so, state which ground
or grounds have not been presented and your reasons for not presenting them:

_____

_____

_____

_____

_____

14.  Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the judgment you are
challenging?  Yes ☐  No ☒

If "Yes," state the date of filing, the name and location of the court, the docket or case number, the type of proceeding, and
the issues raised.

_____

_____

_____

15.  Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are
challenging:

(a)  At preliminary hearing:  David L. Kaczor
50 Louis street N.W. Ste.300 Grand Rapids MI 49503

(b) At arraignment and plea: David L. Kaczor

50 Louis Street NW Ste.300 Grand Rapids, MI 49503

(c) At trial: David L. Kaczor

50 Louis Street N.W. Ste 300 Grand Rapids, MI 49503

(d) At sentencing: David L. Kaczor

50 Louis Street NW Ste 300 Grand Rapids MI 49503

(e) On appeal: Alexander David Camp

403 N. Parkway Ste 201 Jackson, TN 38305

(f) In any post-conviction proceeding: _____

_____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

_____

_____

16. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?
Yes ☒ No ☐

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

Barry County michigan   (State conviction)

(b) Give the date the other sentence was imposed: April 1st 2020

(c) Give the length of the other sentence: 200 - 540 months

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?  Yes ☒ No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

Recent ruling on "ACCA" that applies retroactively.

_____

_____

_____

_____

_____

_____
_____
_____
_____
_____
_____
_____
_____
_____

\* The Antiterrorism and Effective Death Penalty Act of 1996 (" AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of--
(1) the date on which the judgment of conviction became final;
(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant him or her the relief to which he or she may be entitled in this proceeding.

I declare under penalty of perjury that the foregoing is true and correct and that this Motion Under § 2255 was placed in the prison mailing system on _____ 09 / 29 / 2022 _____ (month, date, year).

_George Pampuro_____          _09 / 29 / 2022_____
Signature of Movant                                           Date

_____
Signature of Attorney (if any)

If the person signing is not movant or an attorney, state relationship to movant and explain why movant is not signing this petition.

_____
_____
_____



George Pompura #22348-040
USP Hazelton
US Penitentiary
P.O. Box 2000
Bruceton Mills, WV
                    26525


Clerk, U
399 Fe
110 mic
Grand R



I.S. District Court

leral Bldg.

higan St. N.W.

apids, MI 49503